|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 4, 2012<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES OF AMERICA, )
                                           )    Case No. 2:12-cr-00421-JAM
         Plaintiff,           )
v.                                             )
                                           )    ORDER FOR RELEASE OF
LESLIE ONEAL BLAND,          )    PERSON IN CUSTODY
                                           )
         Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release LESLIE ONEAL BLAND, Case No. 2:12-cr-00421-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $ 50,000.00.

     _X_ Co-Signed Unsecured Appearance Bond

     \_\_\_\_ Secured Appearance Bond

     _X_ (Other) Conditions as stated on the record.

     \_\_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/04/2012 at 4:05 p.m.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge