JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LESLIE BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-12-421-JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| LESLIE BLAND, ) | |
| ) | Date: March 19, 2013 |
| Defendant. ) | Time: 9:45 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LESLIE BLAND, that the status conference hearing date of January 22, 2013 be vacated, and the matter be set for status conference on March 19, 2013 at 9:45 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 19, 2013 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3
4  DATED: January 18, 2013.                Respectfully submitted,

                                            JOSEPH SCHLESINGER
5                                           Federal Public Defender
6
7                                           /s/ Matthew Scoble
                                            MATTHEW SCOBLE
8                                           Designated Counsel for Service
                                            Attorney for LESLIE BLAND
9
10 DATED: January 18, 2013.                BENJAMIN WAGNER
                                            United States Attorney
11
12
                                            /s/ Matthew Scoble for
13                                          KYLE REARDON
                                            Assistant U.S. Attorney
14                                          Attorney for Plaintiff
15
16
17                                   ORDER
18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the January 22, 2013, status conference hearing be
20 continued to March 19, 2013, at 9:45 a.m.  Based on the representation
21 of defense counsel and good cause appearing there from, the Court
22 hereby finds that the failure to grant a continuance in this case would
23 deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 March 19, 2013 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   1/18/2013

                                              /s/ John A. Mendez
                                              U. S. District Court Judge