1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
LESLIE BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:12-cr-421 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
|  | ) |
| LESLIE BLAND, | ) Date: October 22, 2013 |
|  | ) Time: 9:45 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |
|  | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LESLIE BLAND, that the status conference hearing date of September 24, 2013 be vacated, and the matter be set for status conference on October 22, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss with the defendant possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 22, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Dated:  September 23, 2013

              HEATHER E. WILLIAMS
              Federal Defender

              */s/ Matthew M. Scoble*
              MATTHEW M. SCOBLE
              Assistant Federal Defender
              Attorney for Defendant
              LESLIE BLAND

Dated: September 23, 2013      BENJAMIN B. WAGNER
              United States Attorney

              */s/ Matthew M. Scoble for*
              KYLE REARDON
              Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 24, 2013, status conference hearing be continued to October 22, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 22, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  9/23/2013

              /s/ John A. Mendez
              JOHN A. MENDEZ
              United States District Court Judge