HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
LESLIE BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:12-cr-421 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| LESLIE BLAND, | ) Date: December 3, 2013 |
| Defendant. | ) Time: 9:45 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LESLIE BLAND, that the status conference hearing date of October 22, 2013 be vacated, and the matter be set for status conference on December 3, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss with the defendant possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 3, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Dated:  October 21, 2013

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

                                                            */s/ Matthew M. Scoble*
                                                            MATTHEW M. SCOBLE
                                                            Assistant Federal Defender
                                                             Attorney for Defendant
                                                             LESLIE BLAND

Dated: October 21, 2013                     BENJAMIN B. WAGNER
                                                           United States Attorney

                                                            */s/ Matthew M. Scoble for*
                                                            KYLE REARDON
                                                            Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 22, 2013, status conference hearing be continued to December 3, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 3, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  10/21/2013

                                                                    /s/ John A. Mendez
                                                                   JOHN A. MENDEZ
                                                                   United States District Court Judge