HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
LESLIE BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:12-cr-421 JAM |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| LESLIE BLAND, | ) Date: March 11, 2014 |
| | ) Time: 9:45 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LESLIE BLAND, that the status conference hearing date of February 4, 2014 be vacated, and the matter be set for status conference on March 11, 2014 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss with the defendant possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 11, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Dated:  February 3, 2014

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Matthew M. Scoble*
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LESLIE BLAND

Dated: February 3, 2014            BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Matthew M. Scoble for*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 3, 2014, status conference hearing be continued to March 11, 2014, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  2/3/2014

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court Judge