HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
LESLIE BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:12-cr-421 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| | ) |
| LESLIE BLAND, | ) Date: May 20, 2014 |
| | ) Time: 9:45 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LESLIE BLAND, that the status conference hearing date of April 22, 2014 be vacated, and the matter be set for status conference on May 20, 2014 at 9:45 a.m.

The reason for this continuance is because the defense needs to have a psychological evaluation of Mr. Bland conducted.  To this end, a suitable expert has been located, retained, and an evaluation scheduled.  Due to the expert's schedule and Mr. Bland's work obligations, it has been difficult for the two to meet.  They currently have an appointment scheduled and will be meeting shortly.  The requested continuance is necessary to allow time for the evaluation to be rescheduled and carried out.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 20, 2014

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 18, 2014

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Matthew M. Scoble*
                MATTHEW M. SCOBLE
                Assistant Federal Defender
                Attorney for Defendant
                LESLIE BLAND

Dated: April 18, 2014        BENJAMIN B. WAGNER
                United States Attorney

                */s/ Matthew M. Scoble for*
                KYLE REARDON
                Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 22, 2014, status conference hearing be continued to May 20, 2014, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 20, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  4/18/2014            /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Court Judge