BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-CR-00421 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS INDICTMENT** |
| LESLIE ONEAL BLAND, | ) **AND ORDER DISMISSING** |
| | ) **INDICTMENT** |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the Indictment against defendant LESLIE ONEAL BLAND in the above-captioned matter.

On May 21, 2014, the United States received a report confirming that the defendant passed away on May 20, 2014. Accordingly, federal prosecution is no longer warranted.

///

///

///

///

1 | The United States also asks that the status conference set for June 24, 2014, be
2 | vacated.

3 | DATED: May 21, 2014                             Respectfully submitted,

4 |                                                 BENJAMIN B. WAGNER
5 |                                                 United States Attorney

6 |                                      By:   /s/ Kyle Reardon
                                               KYLE REARDON
7 |                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIE ONEAL BLAND,<br><br>    Defendant. | CASE NO. 2:12-CR-00421 JAM<br><br>**ORDER** |

The United States' motion to dismiss the pending indictment against defendant LESLIE ONEAL BLAND in case number 2:12-CR-00421 JAM is granted. The status conference set for June 24, 2014, is hereby vacated.

Dated:  May 21, 2014

/s/ JOHN A. MENDEZ
_____
JOHN A. MENDEZ
United States District Judge